# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR33 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | TRIAL ORDER |
| HENRY CLINE, | ) ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

Trial in this matter is scheduled to begin on **Tuesday, June 28, 2011,** commencing at **9:00 a.m.,** before District Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska. It is anticipated that this trial will last approximately three days. **A Pretrial Conference, beginning at 8:30 a.m.**, will be held in Judge Smith Camp's Chambers on that same day, prior to the start of trial.

Counsel is advised that street clothes **must be provided** for the defendants in any trial proceedings. Counsel shall deliver the clothes to the United States Marshall's office prior to the 8:30 a.m. pretrial conference in chambers.

DATED this 23rd day of June, 2011.

BY THE COURT:
s/Laurie Smith Camp
United States District Judge